UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEHINDE WOFFORD,

        Plaintiff,        Case No. 1:16-cv-1145

v.        Honorable Paul L. Maloney

UNKNOWN AUSTIN et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  October 27, 2016        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge